UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Fatmah Khalefah,<br><br>        Plaintiff,<br><br>vs.<br><br>Raising Cane's Restaurants, LLC d/b/a Raising Cane's Chicken Fingers and Raising Cane's USA, LLC d/b/a Raising Cane's Chicken Fingers,<br><br>        Defendants. | C.A. No.: 2:22-cv-03490-DCN<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties in the above-referenced actions stipulate to the dismissal of the actions in this case **without prejudice**.

**WE SO STIPULATE:**

**JOYE LAW FIRM, L.L.P.**

By: *s/ Robert P. Howell*
Robert P. Howell
Fed. ID No.: 13868
5861 Rivers Avenue
North Charleston, SC 29406
Office: 843-725-2328
Fax: 843-529-9180
Email: rhowell@joyelawfirm.com

*Attorney for Plaintiff*

December 6, 2022
North Charleston, South Carolina

**COLLINS & LACY, P.C.**

By: *s/ Evan M. Gessner*
Christian Stegmaier
Fed. ID No.: 8007
cstegmaier@collinsandlacy.com
Evan M. Gessner
Fed. ID No.: 10352
egessner@collinsandlacy.com
Andrew T. Smith
Fed. ID No.: 13814
asmith@collinsandlacy.com
Post Office Box 12487
Columbia, SC 29211
Office: 803-256-2660
Fax: 803-771-4484

*Attorneys for Defendants*

December 6, 2022
Columbia, South Carolina